IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JASON MICHAEL BROWN,

     Petitioner,

v.                                                                    Case Number: 2:25-cv-697

WARDEN, FCI PETERSBURG,

     Respondent.

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge

entered on May 18, 2026. Dkt. No. 9. Neither party has objected to the Report and

Recommendation, and the time to do so has expired. Having reviewed the Report and

Recommendation, and having considered the record and the Report and Recommendation and

finding no clear error, it is hereby ORDERED:

(1)     The Report and Recommendation, Dkt. No. 9, is ADOPTED as the opinion of this Court.

(2)     Respondent's Motion to Dismiss, Dkt. No. 5, is GRANTED, and the Petition, Dkt. No. 1, is DENIED and DISMISSED AS MOOT.

The Petitioner is hereby notified that he may appeal from the judgment entered pursuant to

this Final Order by filing a *written* notice of appeal with the Clerk of the Court at the Walter E.

Hoffman United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30)

days from the date judgment is entered. Because the Petitioner has failed to demonstrate a

substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c) and

Federal Rule of Appellate Procedure 22(b)(1), the Court declines to issue a certificate of

appealability. *See Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).

The Clerk is DIRECTED to send a copy of this Final Order to all counsel of record.

It is SO ORDERED.

_____ /s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: June 22, 2026

2